# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ROMERO,<br><br>        Plaintiff,<br><br>   v.<br><br>VITRO FLAT GLASS, LLC,<br><br>        Defendant. | Case No.  1:20-cv-01573-NONE-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 6) |

On October 5, 2020, Aaron Romero ("Plaintiff"), on behalf of himself and all others similar situated, filed this action in the Superior Court of California, Fresno County.  (ECF No. 1-1.)  On November 6, 2020, Vitro Flat Glass, LLC ("Defendant") removed the action to the Eastern District of Fresno.  (ECF No. 1.)

On November 9, 2020, an order issued setting the mandatory scheduling conference in this action for January 8, 2021.  (ECF No. 2.)  Defendant filed an answer on November 17, 2020.  (ECF No. 5.)  On December 14, 2020, the parties filed a stipulation to continue the mandatory scheduling conference to August 2021 so that they can participate in mediation.  (ECF No. 6.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The mandatory scheduling conference set for January 8, 2021, is CONTINUED to **August 17, 2021, at 10:30 a.m.** in Courtroom 9; and

/ / /

1

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**December 14, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE