# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ROMERO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VITRO FLAT GLASS, LLC,<br><br>　　　　　Defendant. | Case No.  1:20-cv-01573-JLT-SAB<br><br>ORDER GRANTING STIPULATED REQUEST TO CONTINUE STAY OF ACTION<br><br>(ECF No. 13) |

　　　　On October 5, 2020, Aaron Romero ("Plaintiff"), on behalf of himself and all others similar situated, filed this action in the Superior Court of California, Fresno County. (ECF No. 1-1.)  On November 6, 2020, Vitro Flat Glass, LLC ("Defendant") removed the action to the Eastern District of Fresno.  (ECF No. 1.)

　　　　Plaintiff also filed a case against Defendant alleging violations of the Private Attorneys General Act of 2004 ("PAGA") in the California Superior Court for Kern County (Case No. BCV-21-101357), where it is currently pending.  (ECF No. 13 at 2.)  The underlying allegations to the PAGA case are generally the same as the allegations made in the case pending in and removed to this Court.  (Id.)  On August 6, 2021, the Court stayed this action so the parties could pursue settlement approval in the PAGA action.  (ECF No. 9.)  The parties were ordered to submit a joint status report on the matter on or before February 17, 2022.  (Id.)

　　　　On February 16, 2022, the parties filed a joint status report in this matter.  (ECF No. 13.)

1   The parties indicate they executed a long-form class action settlement agreement to resolve both
2   cases on September 27, 2021, a motion for preliminary approve of the class and PAGA
3   settlement was filed in the Kern County Superior Court on January 19, 2022, and the hearing on
4   that motion is currently set for February 24, 2022. (Id. at 2.)  Plaintiff requested a final approval
5   hearing date in the state court action on or after June 14, 2022.  (Id.)  The parties indicate
6   Plaintiff will file a request for dismissal within two weeks of the earlier of (i) the Superior Court
7   entering judgment after final approval of the class action settlement, if there are no objectors; (ii)
8   the date all objector(s) withdraw(s) their objection after final approval is granted; or (iii) the date
9   any appeal initiated by any objector(s) finally terminates without a change in the court's
10  judgment granting final approval.  (Id.)  Accordingly, the parties request the Court extend the
11  stay in the instant matter through June 2022 to permit completion of the global settlement.  (Id.)

12     The Court finds good cause to continue the stay in this action through June 2022.  At that
13  time, the parties are directed to file a joint status report if no request for dismissal has been filed.

14     Accordingly, pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

15  1.   This matter continues to be STAYED until July 1, 2022; and

16  2.   The parties shall file either dispositional documents or a joint status report on or
17       before July 1, 2022.

IT IS SO ORDERED.

Dated:   **February 17, 2022**                              _____
                                                            UNITED STATES MAGISTRATE JUDGE