# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON ROMERO,<br><br>    Plaintiff,<br><br>    v.<br><br>VITRO FLAT GLASS, LLC,<br><br>    Defendant. | Case No.  1:20-cv-01573-JLT-SAB<br><br>ORDER CONTINUING STAY OF ACTION<br><br>(ECF No. 15) |

On October 5, 2020, Aaron Romero ("Plaintiff"), on behalf of himself and all others similar situated, filed this action in the Superior Court of California, Fresno County. (ECF No. 1-1.) On November 6, 2020, Vitro Flat Glass, LLC ("Defendant") removed the action to the Eastern District of Fresno. (ECF No. 1.)

Plaintiff also filed a case against Defendant alleging violations of the Private Attorneys General Act of 2004 ("PAGA") in the California Superior Court for Kern County (Case No. BCV-21-101357), where it is currently pending. (ECF No. 13 at 2.) The underlying allegations to the PAGA case are generally the same as the allegations made in the case pending in and removed to this Court. (Id.) On August 6, 2021, the Court stayed this action so the parties could pursue settlement approval in the PAGA action. (ECF No. 9.) The parties were ordered to submit a joint status report on the matter on or before February 17, 2022. (Id.) On February 16, 2022, the parties filed a joint status report in this matter, indicating a hearing on the parties'

motion for preliminary approval of the class and PAGA settlement in the Kern County Superior Court was pending. (ECF No. 13.) The Court extended the stay of the action and directed the parties to submit either dispositional documents or a joint status report on or before July 1, 2022. (ECF No. 14.)

On July 1, 2022, the parties filed a joint report regarding the status of settlement. (ECF No. 15.) The parties indicate the state court granted final approval of the settlement and that order granting final approval was signed but not yet processed by the court. Therefore, the order is not yet available to the parties. The parties proffer they will submit dispositional documents in the instant matter as soon as the state court order is processed, which the Court construes as a request to continue the stay. The Court finds sufficient good cause exists to extend the stay in the instant matter to permit the state court to process the parties' order regarding final approval of the settlement prior to the filing of the dispositional documents.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. This matter continues to be STAYED until September 29, 2022; and
2. The parties shall file either dispositional documents or a joint status report on or before September 29, 2022.

IT IS SO ORDERED.

Dated: **July 5, 2022**

UNITED STATES MAGISTRATE JUDGE